UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 18-mj-02387-AOR

IN RE: SEALED COMPLAINT

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __X__ No

                              Respectfully submitted,

                              BENJAMIN G. GREENBERG
                              UNITED STATES ATTORNEY

BY: _____
       BENJAMIN J. WIDLANSKI
       ASSISTANT UNITED STATES ATTORNEY
       Court ID No. A5501885
       99 N. E. 4th Street
       Miami, Florida  33132-2111
       TEL (305) 961-9342
       FAX (305) 530-7976

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL WHITE,<br><br>*Defendant(s)* | ) ) ) ) ) ) )  Case No. 18-mj-02387-AOR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 31, 2015; March 7, 2018__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor to Commit a Sexual Crime |
| 18 U.S.C. § 2252 (a)(4)(b) & (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Timothy R. Devine, SA, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/15/18

*Judge's signature*

City and state:  Miami, Florida       ALICIA M. OTAZO-REYES, MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Timothy Devine, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with Immigration and Customs Enforcement Homeland Security investigations ("HSI") in Miami, Florida, assigned to the HSI Special Agent in Charge ("SAC") Miami Office, Cyber Crimes/Child Exploitation Group. I am a law enforcement officer of the United States as that term is defined in Title 18, United States Code, Section 2510(7), and am authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18.

2. In my assignment with the Cyber Crimes/Child Exploitation Group, I investigate, among other violations of federal law, cases involving the sexual exploitation of children. Prior to my employment with HSI, I was a Special Agent with the United States Secret Service from April of 1999 until October of 2010. From 2002 to December of 2008, I was assigned to the Miami Electronic Crimes Task Force where I specialized in the investigation of internet child exploitation crimes involving trafficking and possession of child pornography, coercion and enticement of minors, and child prostitution.

3. I have received training in the area of child pornography and child exploitation. I have also conducted several child pornography and child exploitation investigations, which have involved reviewing examples in all forms of media including computer media, and have discussed and reviewed these materials with other law enforcement officers.

4. I submit this Affidavit in support of a criminal complaint which charges Michael White ("WHITE") with possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B), and attempted coercion and enticement of a minor to commit a sexual crime, in violation of Title 18, United States Code, Section 2422(b).

5.  The information set forth in this affidavit comes from my personal involvement in this investigation, as well as from information provided by other sworn law enforcement officers and other personnel specially trained in the seizure and analysis of computers and other electronic media. This affidavit does not include every fact law enforcement knows about this investigation. Rather, this affidavit contains only those facts necessary to establish probable cause for the issuance of the attached criminal complaint against WHITE for the aforementioned criminal violations.

## PROBABLE CAUSE

6.  "The Website"[1] referenced in this investigation is an online child-pornography website located on the dark web with a Tor-based[2] web address known to law enforcement. In November of 2016, German law enforcement agents accessed The Website and confirmed that it is used to host and distribute image and video files depicting child pornography and child erotica that may be downloaded by site users. This information was subsequently corroborated by United States-based law enforcement. While there appear to be some images depicting adult pornography accessible on The Website, the overwhelming majority of images and videos

---

[1] The actual name of "The Website" is known to law enforcement. Disclosure of the name of The Website would potentially alert its users to the fact that law enforcement action is being taken against users of The Website, thereby provoking users to notify other users of law enforcement action, flee, and/or destroy evidence. Accordingly, to protect the confidentiality and integrity of the ongoing investigation involved in this matter, specific names and other identifying factors have been replaced with generic terms and the website will be identified herein as "The Website."

[2] Tor is a computer network designed specifically to facilitate anonymous communication over the Internet. To access the Tor network, a user must install Tor software either by downloading an add-on to the user's web browser or by downloading the free "Tor browser bundle." Tor effectively bounces a user's communications around a distributed network of relay computers all over the world, making conventional methods of identifying users obsolete. In order for a user to access a website on the Tor network, a user must know the specific web address of that website and enter it manually; the Tor network is not "searchable" through conventional web search engines, such as Google. Additional information outlining Tor and how it works is publicly accessible at www.torproject.org.

observed by law enforcement agents appear to be child pornography or child erotica. In order to download videos from the site a user must use "points," which are allocated to users by The Website. Once the user has established a username and password, a user can earn points utilizing a number of different methods including paying for points incrementally through the use of multiple forms of virtual currency, including bitcoins. Bitcoin ("BTC") is a type of virtual currency, circulated over the internet as a form of value. To acquire BTC, a typical user will purchase them from a BTC virtual currency exchange. A virtual currency exchange is a business that allows customers to trade virtual currencies for other forms of value, such as conventional fiat money (*e.g.*, U.S. dollars, Russian rubles, euros). Exchanges can be brick-and-mortar businesses (exchanging traditional payment methods and virtual currencies) or online businesses (exchanging electronically transferred money and virtual currencies). Virtual currency exchanges doing business in the United States are regulated under the Bank Secrecy Act and must collect identifying information of their customers and verify their clients' identities. BTC are sent to and received from BTC "addresses", sometimes referred to as wallets, or wallet addresses, which is somewhat analogous to a bank account number.

7. By analyzing the financial transactions between the users of The Website and the administrator of The Website, U.S. federal law enforcement identified a number of BTC addresses obtained through U.S.-based virtual currency exchanges. In particular, law enforcement learned that a BTC address registered to WHITE, the defendant, was utilized to purchase access to The Website in October of 2016. These records further indicated that WHITE's virtual currency exchange account was active as recently as January of 2018 from

devices utilizing an Internet Protocol[3] address assigned to WHITE at his residence in Miami Beach, Florida.

8. On March 7, 2018, the Honorable Magistrate Judge Jonathan Goodman authorized a search warrant for WHITE's residence located in Miami Beach, Florida. On March 8, 2018, law enforcement executed the aforementioned federal search warrant at WHITE's residence in Miami Beach, Florida. During a search of the residence, law enforcement seized multiple pieces of electronic media from the residence, including an ASUS laptop computer and a Samsung micro SD[4] card from WHITE's bedroom. A Sandisk USB thumb drive was plugged into the ASUS laptop computer and seized by law enforcement. Law enforcement also seized an Apple 4s IPhone, a Western Digital external hard drive, and a generic tower computer from the residence.

9. While on-scene at WHITE's residence, law enforcement conducted a preliminary forensic examination[5] of the Sandisk USB thumb drive. This preliminary examination revealed multiple files of suspected child pornography, including the following:

> a. File titled **LD_5_04.14.wmv**, which contained a video file depicting a naked preteen female with her legs spread exposing her vagina and masturbating.

---

[3] An "Internet Protocol address," or "IP address," refers to a unique number used by a computer or other digital device to access the Internet. Every computer or device accessing the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer or device may be directed properly from its source to its destination. Internet Service Providers, or ISPs, typically maintain logs of the subscribers to whom IP addresses are assigned on particular dates and times.

[4] A micro SD card is a small electronic storage device that often holds digital media, such as images or videos.

[5] Preliminary forensic examinations are, in essence, previews of what is on an electronic device. They are not intended to be a summary or complete analysis of the entire contents of the device, and often do not find all evidence of criminal activity located on a particular device. However, they do allow law enforcement to learn information about some of the information on a device, and are often used on-scene or as a first step in a deeper examination of a device.

4

b. File titled **LD_6_04.14.wmv**, which contained a video file depicting a naked preteen female with her legs spread exposing her vagina.

c. File titled **lsm-002-010.jpg**, which contained an image file depicting a naked preteen/minor female in a bathtub with another female. The naked preteen/minor female is bent over exposing her vagina.

10. Still on-scene at WHITE's residence on March 8, 2018, law enforcement interviewed WHITE. Prior to questioning, WHITE was advised of his Miranda rights, which he stated he understood and waived both verbally and in writing. WHITE informed law enforcement that he has been residing alone at his Miami Beach residence for approximately four (4) years, with the exception of one female visitor for approximately two (2) months. WHITE stated that he owns the generic tower computer and the ASUS laptop computer. WHITE stated that he may own the aforementioned Sandisk USB thumb drive. WHITE stated that he did own the U.S.-based virtual currency exchange account, described in paragraph 7 above, but denied utilizing the account to purchase access to The Website. WHITE then denied saving child pornography to the Sandisk USB thumb drive and claimed someone must have saved the child pornography on the thumb drive while he was residing in and/or visiting Costa Rica.

11. Also on March 8, 2018, a preliminary forensic examination of the Samsung micro SD card revealed multiple files of suspected child pornography, including the following:

a. File titled **1313717.jpg**, which contained an image file depicting a naked preteen female with her legs spread exposing her vagina.

b. File titled **lsm13-08-053.jpg**, which contained an image file depicting two naked preteen females on a couch with their legs spread exposing their vaginas.

c. File titled **1366572.jpg**, which contained an image file depicting a naked preteen female with her legs spread exposing her vagina.

d. File titled **1313702.jpg**, which contained an image file depicting a naked preteen female with her legs spread exposing her vagina.

12. On March 13, 2018, a preliminary forensic examination of the Western Digital

5

external hard drive by HSI forensic agents revealed multiple files of suspected child pornography, including the following:

    a.    File titled **depcam15_(32).flv**, which contained a video file depicting a naked minor female exposing her vagina and masturbating.

    b.    File titled **12sel0704.avi**, which contained a video file depicting a naked minor female spreading her legs exposing her vagina and masturbating.

    c.    File titled **13sel0104.avi**, which contained a video file depicting a naked preteen/minor female spreading her legs exposing and touching her vagina.

    d.    File titled **22sel3103.mp4**, which contained a video file depicting a naked preteen/minor female spreading her legs exposing her vagina and masturbating.

13. Also on March 13, 2018, a preliminary forensic examination of the generic tower computer revealed multiple files of suspected child pornography including the following:

    a.    File titled **Rozaeva3.mp4**, which contained a video file depicting a preteen female exposing and inserting an object into her vagina.

    b.    File titled **Rozaeva4.mp4**, which contained a video file depicting a naked preteen female exposing and inserting an object into her vagina.

    c.    File titled **1.mp4**, which contained a video file of a preteen female with her legs spread exposing her genitals and masturbating.

    d.    File titled **2.mp4**, which contained a video file depicting a naked preteen female inserting an object into her vagina.

    e.    File titled **3.mp4**, which contained a video file depicting a naked preteen female spreading her legs exposing her vagina.

    d.    File titled **4.mp4**, which contained a video file depicting a naked preteen female spreading her legs and inserting an object into her vagina.

    f.    File titled **5.avi**, which contained a video file depicting a naked preteen female spreading her legs exposing her vagina and masturbating.

14.     On March 13, 2018, law enforcement also conducted a preliminary forensic examination of the Apple 4s IPhone[6] seized from the defendant's residence on March 8, 2018, and discovered multiple social media chat conversations between the user of the Apple 4s iPhone and users who identified themselves as minors. For example, in one social media chat conversation beginning on or about July 31, 2015, and lasting until on or about September 23, 2015, the user of the Apple iPhone self-identifies as "Mike" from Miami, states that he is 26-years old,[7] and begins a conversation with Minor Victim 1, who states that she is 14-years old and lives in Pennsylvania.

15.     During the chat, "Mike" asks Minor Victim 1 for her picture. Minor Victim 1 then forwards "Mike" an image of clothed preteen/minor female and states that the picture was taken two (2) years ago. "Mike" tells Minor Victim 1 "Ya look young in that pic" and asks for a more recent image. Minor Victim 1 then sends "Mike" an image which depicts what appears to the same minor female. Thereafter, "Mike" initiates a sexually explicit conversation and tells Minor Victim 1 that he would like to engage in sexual activity with Minor Victim 1. "Mike" asks Minor Victim 1 "What do you use to masterbate [sic]" to which Minor Victim 1 replies "I never masturbated before." "Mike" asks Minor Victim 1 if she would like to see his penis. "Mike" asks Minor Victim 1 for image of her wearing panties, saying "Same as if you're wearing a bikini." Minor Victim 1 sends "Mike" an image depicting what appears to be a female from the waist down wearing panties. "Mike" then instructs Minor Victim 1 to "spread your legs

---

[6]     Law enforcement has not completed the examinations of all of the media devices seized from the defendant's residence, nor even begun the examination of some of the devices.

[7]     The defendant's first name is Michael, which is commonly abbreviated as "Mike." In addition, the defendant's birthday is August 6, 1978, which would make his age at the time of this conversation 36 and 37 years of age. I know, from my training and experience, that individuals who engage in "grooming" behavior frequently state that they are younger than they actually are in an attempt to encourage their targets to engage in sexual activity with them.

7

and gently rub your panties over your pussy," indicates he would like to engage in sexual activity with Minor Victim 1, and sends two pictures of an erect penis to her, stating "That's right now" "Because of you." "Mike" then asks to see an image of Minor Victim 1's vagina. Minor Victim 1 sends a picture of what appears to be the waist of a female with her underwear pulled down. "Mike" states "I want to see your legs with your sexy pussy," and Minor Victim 1 then sends an image file depicting a naked female from the waist down. Approximately twelve hours later, "Mike" sends Minor Victim 1 an image that he presents as being one of himself, depicting a white male resembling WHITE, and initiates another sexually explicit conversation asking Minor Victim 1 to engage in sexual activity with him. All of the above conversation took place on or about July 31, 2015.

16. After July 31, 2015, "Mike" and Minor Victim 1 exchange various communications throughout the month of August, occasionally discussing sexual activity. For instance, on August 30, 2015, "Mike" informs Minor Victim 1 that "If you were closer, I'd meet up with ya" and encourages her to come to Miami to engage in sexual activity with him. On the evening of September 3, 2015, and continuing into the morning of September 4, 2015, "Mike" asks to see Minor Victim 1's breasts and buttocks and thereafter stated he wished he could engage in sexual activity with Minor Victim 1. He states "Damn, babe, wish you were here, I'd teach you everything and fuck you so good." "Mike" then asks for "sexy" pictures of Minor Victim 1 so he can masturbate to them, and sends Minor Victim 1 two (2) images depicting what he states is his erect penis.

## CONCLUSION

17. Based on the foregoing, I respectfully submit that there is probable cause to believe that MICHAEL WHITE has committed the offenses of possession of child pornography,

8

in violation of Title 18, United States Code, Section 2252(a)(4)(B), and attempted coercion and enticement of a minor to commit a sexual crime, in violation of Title 18, United States Code, Section 2422(b).

Timothy R. Devine, Special Agent,
Department of Homeland Security
Homeland Security Investigations

Sworn and subscribed
before me this 15th
day of March, 2018.

HON. ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE